United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-50124-KMS
Joseph Austin Clark   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Apr 28, 2025 | Form ID: n031 | Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Austin Clark, 363 Osborn Moody Rd., Poplarville, MS 39470-6219 |
| 5468804 | | Republic Finance, 2415 Hwy 43 S Ste D, Poplarville, MS 39470 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5468800 | + | Email/Text: bankruptcy@1ffc.com | Apr 28 2025 19:49:00 | 1st Franklin, 421 Memorial Boulevard, Picayune, MS 39466-5548 |
| 5468801 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 28 2025 20:05:33 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5468802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2025 20:05:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5468803 | + | Email/Text: bankruptcynotices@conns.com | Apr 28 2025 19:48:00 | Conn's HomePlus, 2445 Technology Forest, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 5472804 | | Email/Text: bankruptcy@republicfinance.com | Apr 28 2025 19:49:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5468805 | | Email/Text: bankruptcy@towerloan.com | Apr 28 2025 19:49:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5496549 | + | Email/Text: bankruptcy@towerloan.com | Apr 28 2025 19:49:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5476521 | + | Email/Text: bk@worldacceptance.com | Apr 28 2025 19:49:57 | World Acceptance Corp., World Acceptance Corporation, Attn Bankruptcy, P O Box 6429, Greenville, SC 29606-6429 |
| 5468806 | + | Email/Text: bk@worldacceptance.com | Apr 28 2025 19:49:44 | World Finance, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: n031 | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Austin Clark trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50124−KMS
**Chapter:** 13

**In re:**

Joseph Austin Clark
363 Osborn Moody Rd.
Poplarville, MS 39470

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 28, 2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: April 28, 2025                                             Danny L. Miller, Clerk of Court